1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN SWANSON, CSBN 135879
   Chief, Civil Division
3  KATHERINE DOWLING, CSBN 220767
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, CA 94102-3495
       Telephone: (415) 436-6833
6      Facsimile:  (415) 436-7169

7  Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 MICHAEL HILLIARD,                  ) No. C 06-02556 MHP (MEJ)
                                      ) **E-Filing Case**
12          Plaintiff,                )
                                      ) STIPULATION EXTENDING TIME FOR
13     v.                             ) MEDIATION AND SUPPLEMENTAL
                                      ) STATUS CONFERENCE
14 UNITED STATES OF AMERICA           )
                                      )
15          Defendants.               )
                                      )
16 _____  )

17

18     The following is hereby stipulated by and between the undersigned, subject to the approval

19 of the Court, (1) the date for the settlement conference with Magistrate Judge Maria-Elena James

20 be enlarged from October 6, 2006 until November 17, 2006 at 10 a.m., and (2) the date for the

21 supplemental case management conference be enlarged from November 20, 2006 until <u>November

22 27, 2006.</u>  **AT 3:00 PM before the Honorable Marilyn Hall Patel.**

23 //

24 //

25 //

26 //

27 //

28 //

1  Parties were originally scheduled to have the mediation on October 6, 2006 with Magistrate
2  Judge James. An extension is required because both counsel have a conflict with this date.
3  Magistrate Judge James telephonically provided an alternative available date for the mediation of
4  November 17, 2006. Because this next available date is after the date upon which parties would
5  need to submit a supplemental case management statement to this Court, parties also request that the
6  date for the supplemental case management conference be enlarged to November 27, 2006. This
7  is the first request for an extension of time. No other dates have been calendered. therefore, this
8  enlargement of time for the mediation will not cause any undue delay in the trial timing.

10  DATED: 8-7-06    By: _____
11                        DEREK JACOBSON
                          Attorney for Plaintiff

13                        KEVIN V. RYAN
14                        United States Attorney
15  DATED: 8-8-06    By: _____
16                        KATHERINE B. DOWLING
                          Assistant United States Attorney
                          Attorneys for Defendant

18  PURSUANT TO STIPULATION, IT IS SO ORDERED:

20  DATED: September 8, 2006
21                                         _____
                                           HONORABLE MARILYN HALL PATEL
22                                         UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Marilyn H. Patel