IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HILLIARD,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant._____/ | No. C-06-2556 MHP<br><br>**NOTICE AND ORDER FOR FURTHER SETTLEMENT CONFERENCE; ORDER RE DEPOSITIONS TO BE TAKEN PRIOR TO FURTHER SETTLEMENT CONFERENCE** |

    The Court hereby sets a further settlement conference. The settlement conference shall take place on May 1, 2007 at 10:00 a..m. in Judge James' chambers, located in the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California. The parties shall immediately notify the Court if this matter settles or is dismissed before the settlement conference date. On the date of the settlement conference, counsel and parties shall use the telephone adjacent to chambers' security entrance to notify the Court of their arrival.

    Prior to the May 1, 2007 settlement conference, the attorneys are to meet and confer regarding the taking of depositions. Each party is to be allowed to 2 to 3 depositions, the exact number and names of the deponents to be determined during the meet and confer session. The depositions are to be completed prior to the May 1, 2007 settlement conference.

/////

////

**IT IS SO ORDERED.**

Dated: January 31, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2